IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL  DIVISION

JUDGE David Folsom

| | | |
|---|---|---|
| DATATREASURY | § | |
| | § | |
| V. | § | CIVIL ACTION NO.  5:11CV108 |
| | § | |
| U.S. BANCORP | § | |

ATTORNEYS FOR PLAINTIFF:    Anthony Bruster; Ben King; Nelson Roach;
Shephard Lane

ATTORNEYS FOR DEFENDANT:  John Feldhaus; Guy Harrison;

LAW CLERK:                      Evelyn Chen

COURT REPORTER:            Libby Crawford

COURTROOM DEPUTY:          Mel Martin

**SCHEDULING  CONFERENCE**
September 19,  2011 @ 10:30 a.m.

OPEN:_____10:32  ADJOURN:    10:44

10:32   ct opens; ct/ Randle Patents (sp); date for Markman or trial setting;

10:33   Bruster/ prior Markman orders govern

10:33   Feldhaus/ would hate to stipulate at this point

10:33   ct/ give it some thought and if no requested tweaking of prior order then we don't need to
set one;   by Friday 9/30th let me know by letter wether you suggest a new Markman hrg
is necessary or not;   suggest setting it for trial in October of 2012;

10:35   Feldlhaus/ address' the ct;

10:35   ct/ file motion by the 30th also;

10:35   Feldhaus/ address' the ct

10:36   ct/ if both ptys agree it should be stayed, if opposed then I will either stay or not;   have motion to stay;

10:36   Bruster/ different details;

10:37   ct/ Randle group

10:37   Bruster/ conferred on this, dfts need status conference in that new case; plf would like to follow model when Ballard stay was lifted;

10:38   Feldhaus/ situation is different from the first case;

10:38   ct/ totally new set of claims; what do ptys suggest; want to brief this issue; initial thoughts would be inclined to enter a new scheduling order and treat it as a new case;

10:39   Bruster/ address' the ct;

10:39   ct/ where were we with it when it was severed;

10:39   Feldhause/ responds;

10:40   ct/ had we conducted a claim construction of the Randle; by same deadline, 9/30th, submit short briefs and 5 days to reply; no more than 10 pages;    same time frame submit competing scheduling orders;

10:41   Feldhaus/ are we going to be the only dfts in the Randle case;

10:42   Bruster/ responds;

10:42   ct/ would be useful to the ct to know

10:42   Feldhaus/ if The Clearinghouse is going to be in I would like to confer with them about the  scheduling order

10:43   Bruster/ responds

10:43   ct/ in brief give as much guidance as possible re: more ptys being added;    all other settling dfts were released; at most it would only be Clearinghouse; will try to have something out as quickly as possible;

10:44   recess